IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC..　　　　Civil Action No.  08 CV 02842

    Plaintiff,

**Rule 7.1 Statement**

VALENTINO COCKTAIL LOUNGE INC.
d/b/a VALENTINO COCKTAIL LOUNGE
and MANUEL ROSADO

    Defendants,

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:

                              Signature of Attorney
                              Paul J. Hooten, Esq.
                              Attorney Bar Code: PJH9510