UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/4/08

------------------------------------x

J & J SPORTS PRODUCTIONS, INC.,         :

           Plaintiff,              :   08 Civ. 2842 (LAP) (AJP)

        -against-               :   ORDER

VALENTINO COCKTAIL LOUNGE INC.          :
& MANUEL ROSADO,
                                        :
          Defendants.
                                        :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        This case has been referred to me by Judge Preska for general pretrial purposes.

        The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

        As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference.

        Plaintiff is to serve this Order on defendant or defendant's counsel.

        The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

C:\ORD\Referral Notice

2

If any defendant has been served and has not appeared or answered, <u>plaintiff is to move for a default judgment by June 15, 2008</u>.

SO ORDERED.

DATED:   New York, New York
         June 4, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Paul J. Hooten, Esq.
                              Judge Loretta A. Preska

C:\ORD\Referral Notice