UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                Index # 08-CV-02842

    -against-

                                              **CERTIFICATE OF SERVICE**

VALENTINO COCKTAIL LOUNGE INC.
d/b/a VALENTINO COCKTAIL LOUNGE
and MANUEL ROSADO
                Defendants,
_____

        I certify that a copy of Judge Andrew J. Peck's Order and Individual Practices dated June 4, 2008 was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on June 6, 2008:

To:    Valentino Cocktail Lounge Inc.
        d/b/a Valentino Cocktail Lounge
        1 East Tremont Avenue
        Bronx, NY 10453

        Manuel Rosado
        c/o Valentino Cocktail Lounge
        1 East Tremont Avenue
        Bronx, NY 10453

        Cohen Friedman Goldstein & Raphael, Esqs.
        975 Amsterdam Avenue
        New York, NY 10025

                                    By:    /s/ Lucille Eichler
                                             Lucille Eichler
                                             Paul J. Hooten & Associates
                                             5505 Nesconset Highway, Suite 203
                                             Mt. Sinai, NY 11766