UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
J & J SPORTS PRODUCTONS, INC.

                              Plaintiff                CIVIL NO. 08-CV-02842

-AGAINST-

VALENTINO COCKTAIL LOUNGE, INC.
d/b/a VALENTINO COCKTAIL LOUNGE
and MANUEL ROSADO                    **NOTICE OF MOTION**
                             Defendant         **FOR DEFAULT JUDGMENT**
------------------------------------------------------X

Sirs:

      PLEASE TAKE NOTICE that a final judgment of which the within is a copy will be presented to the Honorable Loretta A. Preska, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 3rd day of July, 2008 at 12:00 o'clock p.m.

Mt. Sinai, NY
June 19, 2008                    By:    /s/ Paul J. Hooten
                                                 Paul J. Hooten
                                                 Paul J. Hooten & Associates
                                                 5505 Nesconset Highway, Suite 203
                                                 Mt. Sinai, NY 11766

To:    Valentino Cocktail Lounge, Inc.
        d/b/a Valentino Cocktail Lounge
        1 East Tremont Avenue
        Bronx, NY 10453

        Cohen Friedman Goldstein & Raphael Esqs.
        975 Amsterdam Avenue
        New York, NY 10025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTONS, INC.

                Plaintiff        CIVIL NO. 08-CV-02842

-AGAINST-

VALENTINO COCKTAIL LOUNGE, INC.
d/b/a VALENTINO COCKTAIL LOUNGE
and MANUEL ROSADO
                Defendant       **DEFAULT JUDGMENT**
-------------------------------------------------X

      This action having been commenced on March 17, 2008, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Valentino Cocktail Lounge, Inc, d/b/a Valentino Cocktail Lounge on May 5, 2008, and a proof of service having been filed on May 12, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired.  The Clerk also noted the defendant's default on June 11, 2008, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $5,850.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,320.00.

Dated: New York, New York
       _____

                                          _____
                                          Loretta A. Preska
                                          United States District Judge

                                          This document was entered on the docket
                                          on _____