UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
J & J SPORTS PRODUCTONS, INC.

                Plaintiff                CIVIL NO. 08-CV-02842

-AGAINST-

VALENTINO COCKTAIL LOUNGE, INC.
d/b/a VALENTINO COCKTAIL LOUNGE
and MANUEL ROSADO
                Defendant        **DEFAULT JUDGMENT**
--------------------------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/20/08]

      This action having been commenced on March 17, 2008, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Valentino Cocktail Lounge, Inc, d/b/a Valentino Cocktail Lounge on May 5, 2008, and a proof of service having been filed on May 12, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on June 11, 2008, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $5,850.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,320.00.

Dated: New York, New York
       August 20, 2008

                                            _Loretta A. Preska_
                                            Loretta A. Preska
                                            United States District Judge

                                            This document was entered on the docket
                                            on _____